# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter    13 |
| | : | |
| Tarik Dawud Nasir | : | |
| | : | |
| Debtor | : | Bankruptcy No. 18-14573MDC |

### ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated July 10, 2018, this case is hereby DISMISSED.

July 31, 2018

_Magdeline D. Coleman_
Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:

    Chapter 13 Plan
    Pro Se Statement
    Ch 13 Income Form 122C-1
    Means Test Calculation 122C-2
    Schedules A/B-J
    Statement of Financial Affairs
    Summary Assets & Liabilities B106

bfmisdoc