```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                        Case No. 18-14573-mdc
Tarik Dawud Nasir                                             Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: PaulP              Page 1 of 1              Date Rcvd: Jul 31, 2018
                               Form ID: pdf900          Total Noticed: 10
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2018.
db             +Tarik Dawud Nasir,    1508 W. Seybert Street,    Philadelphia, PA 19121-4306
14163239       +BLB TRADING LLC,    1900 SUNSET HARBOR DRIVE,    ANNEX 2ND FLOOR,    MIAMI BEACH FL 33139-1400
14163236       +MOHELA/DEPT OF ED,    633 SPIRIT DRIVE,    CHESTERFIELD, MO 63005-1243
14163238       +PARAMOUNT MORTGAGE & CAPITAL LLC,    1 BELMONT AVE SUITE 105,    BALA CYNWWD PA 19004-1602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 01 2018 02:08:01     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2018 02:07:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 01 2018 02:07:57     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2018 02:11:21     Orion (Verizon),
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14163237       +E-mail/PDF: pa_dc_claims@navient.com Aug 01 2018 02:11:39     NAVIENT,    PO BOX 9500,
                 WILKES BARRE, PA 18773-9500
14163779       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2018 02:28:13
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    BLB Trading LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 3
```

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In re                                              :       Chapter   13

                                                   :

Tarik Dawud Nasir

                                                   :

          Debtor                        :       Bankruptcy No. 18-14573MDC

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated July 10, 2018, this case is hereby DISMISSED.

July 31, 2018

_____
Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:
        Chapter 13 Plan
        Pro Se Statement
        Ch 13 Income Form 122C-1
        Means Test Calculation 122C-2
        Schedules A/B-J
        Statement of Financial Affairs
        Summary Assets & Liabilities B106

bfmisdoc