United States Bankruptcy Court for the Northern District of Indiana

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | TARIK D NASIR 18-14573 |
| Creditor Name and Address: | MOHELA/DEPT OF ED<br>633 SPIRIT DRIVE<br>CHESTERFIELD, MO 63005 |
| Court Claim Number (if known): | 2 |
| Date Claim Filed: | 08/06/2018 |
| Total Amount of Claim Filed: | $19221.64 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 08/08/2018

/s/ Fabienne Driver

Print Name: Fabienne Driver

Title (if applicable): Loan Servicing Specialist

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.

## U.S. Bankruptcy Court

### Eastern District of Pennsylvania

Notice of Electronic Claims Filing

The following transaction was received from Driver, Fabienne on 8/6/2018 at 4:56 PM EST

File another claim
**Case Name:** Tarik Dawud Nasir
**Case Number:** 18-14573-mdc
**Creditor Name:** MOHELA/DEPT OF ED
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005
**Claim Number:** 2    Claims Register
**Amount Claimed:** $19221.64
**Amount Secured:**
**Amount Priority:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** xxx-xx-7269Tarikdnasir10.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=8/6/2018] [FileNumber=26926272-0
] [1cd3f8c728d6ed5b15ff9e057f79d8829814b7c1f37ebeba9eb0448329a55cffa43
79d03e8191985beb6d82a6b7c0d75a0aa26dbba7762c706f48e0f1280ddb2]]

**18-14573-mdc Notice will be electronically mailed to:**

KEVIN G. MCDONALD on behalf of Creditor BLB Trading LLC
bkgroup@kmllawgroup.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**18-14573-mdc Notice will not be electronically mailed to:**

Tarik Dawud Nasir
1508 W. Seybert Street
Philadelphia, PA 19121

Orion (Verizon)
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541